**Deville Joseph GORDON,
Plaintiff–Appellee,**

v.

**Deputy Steven FONTENOT, Deputy
Jailer St. Charles Parish Prison,
Defendant–Appellant.**

No. 06–30593
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 17, 2007.

Deville Joseph Gordon, Killona, LA, pro se.

Don Anthony Almerico, Law Office of Don Almerico, St. Rose, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Stephen Fontenot, a St. Charles Parish Sheriff's Deputy, appeals a judgment awarding Deville Joseph Gordon, Louisiana prisoner # 133111, $3750 in compensatory damages based on a magistrate judge's determination ** that Deputy Fontenot used excessive force against Gordon in violation of the Eighth Amendment.

Our review of the evidence shows that the finding that Deputy Fontenot used

excessive force was not clearly erroneous. *See Baldwin v. Stalder,* 137 F.3d 836, 839 (5th Cir.1998). Nor was the award of compensatory damages clearly erroneous. *See Sockwell v. Phelps,* 20 F.3d 187, 192 (5th Cir.1994).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** The parties agreed to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c).